# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | |
|---|---|
| DIANE SCHNEIDER and<br>SCHNEIDER INTERESTS L.P., a<br>foreign limited partnership,<br><br>            Plaintiffs,<br><br>vs.<br><br><br>KPMG LLP, f/k/a KPMG PEAT MARWICK,<br>LLP, a foreign limited liability partnership;<br>SIDLEY AUSTIN BROWN & WOOD LLP,<br>a successor in interest to BROWN & WOOD<br>LLP,  a foreign limited liability partnership;<br>QUADRA CAPITAL MANAGEMENT, L.P.,<br>a foreign limited partnership; and QUADRA<br>ADVISORS, L.L.C., a foreign limited liability<br>company,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 6:05:CV-250-ORL-28-KRS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT KPMG LLP'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

Pursuant to 9 U.S.C. § 206, Defendant KPMG LLP ("KPMG") hereby files this Motion to Compel Arbitration.  In support of this Motion, KPMG shall rely upon the written arbitration agreement contained in the document attached as Exhibit 1 and the Memorandum in support submitted herewith, and all prior proceedings herein.

Dated: February 28, 2005

            s/Michael D. Begey
            W.L. KIRK, JR., ESQUIRE
            Florida Bar No. 0111973
            E-Mail: bkirk@rumberger.com
            DOUGLAS B. BROWN, ESQUIRE
            Florida Bar No. 0242527
            E-Mail: dbrown@rumberger.com
            MICHAEL D. BEGEY, ESQUIRE
            Florida Bar No. 0120928
            E-Mail: mbegey@rumberger.com
            RUMBERGER, KIRK & CALDWELL
            A Professional Association
            Lincoln Plaza, Suite 1400
            300 South Orange Avenue (32801)
            Orlando, Florida  32802-1873
            Telephone:    (407) 872-7300
            Telecopier:    (407) 841-2133

            *Of Counsel:*

            JAMES T. PHALEN, ESQUIRE
            KEVIN M. DINAN, ESQUIRE
            KING & SPALDING LLP
            1700 Pennsylvania Avenue, N.W.
            Washington D.C.  20006-4706
            Telephone:    (202) 737-0500

            JOSEPH B. HAYNES, ESQUIRE
            KING & SPALDING LLP
            191 Peachtree Street
            Atlanta, Georgia 30303
            Telephone:    (404) 572-4600

            *Counsel for Defendant KPMG LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 28, 2005, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: **Robert J. Stovash, Esquire** at rstovash@sctlaw.com, **Amy S. Tingley, Esquire** at atingley@sctlaw.com, **Mary Teresa Kogut, Esquire** at mtkogut@heqlaw.com, and **Elizabeth M. Dunne, Esquire** at dunnee@gtlawc.om. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the non-CM/ECF participants: **Richard E. Drooyan, Esquire and Jonathan Altman, Esquire,** MUNGER, TOLLES & OLSON LLP, 355 South Grand Avenue, 35th Floor, Los Angeles, CA 90071-1560; **Hilarie Bass, Esquire,** GREENBERG TRAURIG, P.A., 1221 Brickell Avenue, Miami, FL 33131; and **James B. Moorhead, Esquire and Gwendolyn Prothro, Esquire,** STEPTOE & JOHNSON LLP, 1330 Connecticut Avenue N.W., Washington, DC 20036.

s/Michael D. Begey
W.L. KIRK, JR., ESQUIRE
Florida Bar No. 0111973
E-Mail: bkirk@rumberger.com
DOUGLAS B. BROWN, ESQUIRE
Florida Bar No. 0242527
E-Mail: dbrown@rumberger.com
MICHAEL D. BEGEY, ESQUIRE
Florida Bar No. 0120928
E-Mail: mbegey@rumberger.com
RUMBERGER, KIRK & CALDWELL
A Professional Association
Lincoln Plaza, Suite 1400
300 South Orange Avenue (32801)
Orlando, Florida 32802-1873

Telephone:   (407) 872-7300
Telecopier:  (407) 841-2133

*Of Counsel:*

JAMES T. PHALEN, ESQUIRE
KEVIN M. DINAN, ESQUIRE
KING & SPALDING LLP
1700 Pennsylvania Avenue, N.W.
Washington D.C.  20006-4706
Telephone:   (202) 737-05003

JOSEPH B. HAYNES, ESQUIRE
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone:   (404) 572-4600

*Counsel for Defendant KPMG LLP*

# 773937